**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bryan R. Hess a/k/a Bryan R. Hess Sr.       CHAPTER 13
      and Lisa M. Hess

                   Debtor(s)         BKY. NO. 23-11735 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                          Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
10 May 2024, 12:10:32, EDT

           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322