| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-11735-PMM**

Bryan R. Hess
Lisa M. Hess
405 Wheatland Avenue
Shillington  PA   19607

Petition Filed Date: 06/13/2023
341 Hearing Date: 08/29/2023
Confirmation Date: 12/14/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $350.00 | | 09/11/2023 | $461.00 | | 10/10/2023 | $461.00 | |
| 11/08/2023 | $461.00 | | 12/08/2023 | $461.00 | | 01/09/2024 | $461.00 | |
| 02/08/2024 | $461.00 | | 03/08/2024 | $461.00 | | 04/08/2024 | $461.00 | |
| 05/09/2024 | $461.00 | | 06/10/2024 | $461.00 | | 07/09/2024 | $461.00 | |

**Total Receipts for the Period: $5,421.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,232.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | BANK OF AMERICA »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | TD RETAIL CREDIT SERVICES »» 002 | Unsecured Creditors | $978.27 | $0.00 | $978.27 |
| 3 | CAPITAL ONE AUTO FINANCE »» 003 | Secured Creditors | $652.37 | $0.00 | $652.37 |
| 4 | RESURGENT RECEIVABLES, LLC »» 004 | Unsecured Creditors | $519.08 | $0.00 | $519.08 |
| 5 | MERRICK BANK »» 005 | Unsecured Creditors | $525.58 | $0.00 | $525.58 |
| 6 | MERRICK BANK »» 006 | Unsecured Creditors | $694.70 | $0.00 | $694.70 |
| 7 | DISCOVER BANK »» 007 | Unsecured Creditors | $1,766.67 | $0.00 | $1,766.67 |
| 8 | DISCOVER BANK »» 008 | Unsecured Creditors | $1,718.55 | $0.00 | $1,718.55 |
| 9 | ARMED FORCES BANK, NA »» 009 | Unsecured Creditors | $4,971.29 | $0.00 | $4,971.29 |
| 10 | UNITED STATES TREASURY (IRS) »» 10P | Priority Crediors | $7,768.08 | $1,895.41 | $5,872.67 |
| 11 | UNITED STATES TREASURY (IRS) »» 10U | Unsecured Creditors | $1,008.47 | $0.00 | $1,008.47 |
| 12 | CREDIT FIRST NA »» 011 | Unsecured Creditors | $1,382.28 | $0.00 | $1,382.28 |
| 13 | CAPITAL ONE BANK (USA) NA »» 012 | Unsecured Creditors | $403.03 | $0.00 | $403.03 |
| 14 | CAPITAL ONE BANK (USA) NA »» 013 | Unsecured Creditors | $652.79 | $0.00 | $652.79 |

**Chapter 13 Case No. 23-11735-PMM**

| # | Creditor | Type | Claim | Paid | Balance |
|---|---|---|---:|---:|---:|
| 15 | CAPITAL ONE BANK (USA) NA »» 014 | Unsecured Creditors | $756.44 | $0.00 | $756.44 |
| 16 | CAPITAL ONE BANK (USA) NA »» 015 | Unsecured Creditors | $941.59 | $0.00 | $941.59 |
| 17 | CAPITAL ONE BANK (USA) NA »» 016 | Unsecured Creditors | $954.56 | $0.00 | $954.56 |
| 18 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $608.66 | $0.00 | $608.66 |
| 19 | MARINER FINANCE LLC »» 018 | Unsecured Creditors | $7,575.93 | $0.00 | $7,575.93 |
| 20 | ARMY & AIR FORCE EXCHANGE SERVICES »» 019 | Unsecured Creditors | $3,791.57 | $0.00 | $3,791.57 |
| 21 | ONE MAIN FINANCIAL GROUP LLC »» 020 | Unsecured Creditors | $8,396.56 | $0.00 | $8,396.56 |
| 22 | ONE MAIN FINANCIAL GROUP LLC »» 021 | Unsecured Creditors | $4,865.13 | $0.00 | $4,865.13 |
| 23 | QUANTUM3 GROUP LLC AS AGENT FOR »» 022 | Unsecured Creditors | $811.05 | $0.00 | $811.05 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR »» 023 | Unsecured Creditors | $125.90 | $0.00 | $125.90 |
| 25 | ARMY & AIR FORCE EXCHANGE SERVICES »» 024 | Unsecured Creditors | $5,845.54 | $0.00 | $5,845.54 |
| 26 | NATIONSTAR MORTGAGE LLC »» 025 | Mortgage Arrears | $1,831.03 | $0.00 | $1,831.03 |
| 27 | SYNCHRONY BANK »» 026 | Unsecured Creditors | $2,613.78 | $0.00 | $2,613.78 |
| 28 | JEFFERSON CAPITAL SYSTEMS LLC »» 027 | Unsecured Creditors | $656.65 | $0.00 | $656.65 |
| 29 | MOHELA ON BEHALF OF »» 028 | Unsecured Creditors | $74,141.51 | $0.00 | $74,141.51 |
| 30 | BSI FINANCIAL SERVICES INC | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | AVANT/WEB BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | CITI CARD/BEST BUY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | CITIBANK/HOME DEPOT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | SYNCHRONY/CARE CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $6,232.00 | Current Monthly Payment: | $461.00 |
| Paid to Claims: | $5,620.41 | Arrearages: | $0.00 |
| Paid to Trustee: | $611.59 | Total Plan Base: | $16,374.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.