# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania
## Withdrawal / Expungement of Claim

Re:  Lisa M Hess

Case:  23-11735

Claim No.: 7-1

Creditor, Discover Bank, hereby notifies the Court that claim **No. 7-1, filed on 07-12-2023** will be or has been withdrawn.

Signed: /s/ Malinda Thompson
Capital One, N.A., successor
by merger to Discover
PO Box 3025
New Albany, OH 43054-3025
Date: 12/11/2025