**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Bryan R. Hess** |
| Debtor 2 (Spouse, if filing) | **Lisa M. Hess** |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **23-11735-PMM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:  Mortgage Information

**Name of claim holder:**   NATIONSTAR MORTGAGE LLC DBA MR COOPER

**Court claim no.**  (if known):  25-1

**Last 4 digits** of any number you use to identify the debtor's account:    0  8  4  1

**Property Address:**   405 WHEATLAND AVE
Number      Street

READING                                        PA      19607
City                                          State    ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 1,831.03 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 1,831.03 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 1,831.03 |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman                                          Date   06/25/2026
_____                                  _____
Signature

Trustee      Scott F. Waterman
            _____
            First Name          Middle Name          Last Name

Address     2901 St. Lawrence Avenue, Suite 100
            _____
            Number       Street

            Reading                              PA      19606
            _____
            City                                 State   ZIP Code

Contact phone   (610) 779-1313                   Email  info@ReadingCh13.com

| Debtor 1 | **Bryan R. Hess** | | Case Number **23-11735-PMM** | | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 25-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 10/24/2025 | 17264111 | Disbursement To Creditor/Principal | 72.72 |
| 25-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 11/21/2025 | 17264923 | Disbursement To Creditor/Principal | 313.72 |
| 25-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 12/17/2025 | 17265666 | Disbursement To Creditor/Principal | 313.73 |
| 25-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 01/16/2026 | 17266450 | Disbursement To Creditor/Principal | 313.72 |
| 25-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 02/20/2026 | 17267297 | Disbursement To Creditor/Principal | 313.73 |
| 25-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 03/20/2026 | 17268175 | Disbursement To Creditor/Principal | 313.72 |
| 25-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 04/17/2026 | 17269013 | Disbursement To Creditor/Principal | 189.69 |
| | | | | | Total for Claim Number 25-1: | 1,831.03 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **1,831.03** |