United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Bryan R. Hess
Lisa M. Hess
Debtors

Case No. 23-11735-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 4
Date Rcvd: Aug 27, 2026 Form ID: 138OBJ Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bryan R. Hess, Lisa M. Hess, 405 Wheatland Avenue, Shillington, PA 19607-1325 |
| 14790019 | + | Armed Forces Bank, Attn: Bankruptcy, 320 Kansas Ave, Fort Leavenworth, KS 66027-1139 |
| 14790937 | | Nationstar Mortgage LLC, c/o Michael Farrington, Esq, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 28 2026 01:53:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 28 2026 01:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14790018 | + | Email/Text: BankruptcyNotices@aafes.com | Aug 28 2026 01:53:00 | AAFES, Attn: Bankruptcy, P.O. Box 650060, Dallas, TX 75265-0060 |
| 14924880 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 28 2026 01:52:23 | Aidvantage on behalf of, Dept of Ed Loan Services, P.O. Box 300001, Greenville, TX 75403-3001 |
| 14791419 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2026 02:03:24 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14806934 | + | Email/Text: BankruptcyNotices@aafes.com | Aug 28 2026 01:53:00 | Army & Air Force Exchange Svc, Attention: GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 14790020 | + | Email/Text: bk@avant.com | Aug 28 2026 01:54:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14790021 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 28 2026 01:53:00 | Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 14790022 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 28 2026 01:53:00 | BSI Financial Services, Inc., 314 S. Franklin Street, P.O. Box 517, Titusville, PA 16354-0517 |
| 14791429 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 28 2026 01:53:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14790025 | + | Email/Text: BKPT@cfna.com | Aug 28 2026 01:53:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14798853 | | Email/Text: BKPT@cfna.com | Aug 28 2026 01:53:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 14790023 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2026 02:03:23 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| | | | | |
|---|---|---|---|---|
| 14790024 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 28 2026 02:03:26 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 14791413 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2026 02:03:43 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14795714 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2026 02:03:23 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14799836 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2026 02:03:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14790027 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2026 02:03:44 | Citi Card/Best Buy, Attn: Centralized Bankruptcy Dept., P.O. Box 790040, St Louis, MO 63179-0040 |
| 14790026 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2026 02:03:27 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, P.O. Box 790040, St Louis, MO 63179-0040 |
| 14790028 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2026 02:03:44 | Citibank/The Home Depot, Attn.: Centralized Bankruptcy Dept., P.O. Box 790040, St Louis, MO 63179-0040 |
| 14790029 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2026 01:54:00 | Comenity Bank/Zales, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14790030 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2026 01:54:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14790031 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 28 2026 01:52:34 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 14797867 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2026 02:03:51 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14790014 | ^ | MEBN | Aug 28 2026 01:51:20 | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14797964 | | Email/Text: mrdiscen@discover.com | Aug 28 2026 01:53:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14790032 | + | Email/Text: mrdiscen@discover.com | Aug 28 2026 01:53:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14790017 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 28 2026 01:54:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14790033 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2026 01:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14798077 | | Email/Text: bankruptcy@dfckc.com | Aug 28 2026 01:54:00 | Armed Forces Bank, N.A., 1201 Walnut St Ste 1100, Kansas City, MO 64106 |
| 14808655 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 28 2026 01:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14805025 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2026 01:52:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797868 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 28 2026 01:52:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14790036 | | Email/Text: ml-ebn@missionlane.com | Aug 28 2026 01:53:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14790037 | | Email/Text: EBN@Mohela.com | Aug 28 2026 01:53:00 | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14838205 | | Email/Text: EBN@Mohela.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 28 2026 01:53:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-633 |
| 14790034 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 28 2026 01:53:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14806098 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 28 2026 01:53:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14790035 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 28 2026 01:52:29 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14790038 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 01:53:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14807227 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 01:53:00 | Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741 |
| 14882786 | ^ | MEBN | Aug 28 2026 01:51:06 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14790039 | + | Email/PDF: cbp@omf.com | Aug 28 2026 01:52:23 | OneMain Financial, Attn: Bankruptcy, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14807084 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2026 01:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14845352 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2026 01:52:34 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14808340 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2026 02:03:44 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14790040 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2026 02:03:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14790041 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2026 02:03:43 | Synchrony Bank/JCPenney, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14790042 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2026 02:03:52 | Synchrony/PayPal Credit, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14790043 | ^ | MEBN | Aug 28 2026 01:51:16 | TD Retail Card Services, P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 14792017 | + | Email/Text: tdebn@credbankserv.com | Aug 28 2026 01:53:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14790015 | *+ | Bryan R. Hess, 405 Wheatland Avenue, Shillington, PA 19607-1325 |
| 14790016 | *+ | Lisa M. Hess, 405 Wheatland Avenue, Shillington, PA 19607-1325 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Bryan R. Hess spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Lisa M. Hess spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 41 − 32

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Bryan R. Hess | ) | Case No. 23−11735−pmm |
| aka Bryan R. Hess Sr. | ) | |
| | ) | |
| Lisa M. Hess | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 27, 2026

For The Court

Mohung Wong
Clerk of Court