United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-11735-pmm
Bryan R. Hess Chapter 13
Lisa M. Hess
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 4
Date Rcvd: Sep 16, 2026 Form ID: 3180W Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bryan R. Hess, Lisa M. Hess, 405 Wheatland Avenue, Shillington, PA 19607-1325 |
| cr | + | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Road, N.E., Atlanta, GA 30305 UNITED STATES 30305-1578 |
| 14790019 | + | Armed Forces Bank, Attn: Bankruptcy, 320 Kansas Ave, Fort Leavenworth, KS 66027-1139 |
| 14790937 | | Nationstar Mortgage LLC, c/o Michael Farrington, Esq, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 17 2026 00:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 17 2026 00:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | EDI: AISACG.COM | Sep 17 2026 05:01:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: DISCOVER | Sep 17 2026 05:01:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, oh 43054-3025 |
| 14790018 | + | EDI: AAFES | Sep 17 2026 05:01:00 | AAFES, Attn: Bankruptcy, P.O. Box 650060, Dallas, TX 75265-0060 |
| 14924880 | | EDI: MAXMSAIDV | Sep 17 2026 05:01:00 | Aidvantage on behalf of, Dept of Ed Loan Services, P.O. Box 300001, Greenville, TX 75403-3001 |
| 14791419 | + | EDI: AISACG.COM | Sep 17 2026 05:01:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14806934 | + | EDI: AAFES | Sep 17 2026 05:01:00 | Army & Air Force Exchange Svc, Attention: GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 14790020 | + | Email/Text: bk@avant.com | Sep 17 2026 00:58:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14790021 | | EDI: BANKAMER | Sep 17 2026 05:01:00 | Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 14790022 | + | Email/Text: bankruptcy@bsifinancial.com | Sep 17 2026 00:58:00 | BSI Financial Services, Inc., 314 S. Franklin Street, P.O. Box 517, Titusville, PA 16354-0517 |
| 14791429 | | EDI: BANKAMER | Sep 17 2026 05:01:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |

| | | | | |
|---|---|---|---|---|
| 14790025 | + | EDI: CRFRSTNA.COM | Sep 17 2026 05:01:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14798853 | | EDI: CRFRSTNA.COM | Sep 17 2026 05:01:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 14790023 | + | EDI: CAPITALONE.COM | Sep 17 2026 05:01:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14790024 | + | EDI: CAPONEAUTO.COM | Sep 17 2026 05:01:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 14791413 | + | EDI: AISACG.COM | Sep 17 2026 05:01:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14795714 | + | EDI: AISACG.COM | Sep 17 2026 05:01:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14799836 | + | EDI: AIS.COM | Sep 17 2026 05:01:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14790027 | + | EDI: CITICORP | Sep 17 2026 05:01:00 | Citi Card/Best Buy, Attn: Centralized Bankruptcy Dept., P.O. Box 790040, St Louis, MO 63179-0040 |
| 14790026 | + | EDI: CITICORP | Sep 17 2026 05:01:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, P.O. Box 790040, St Louis, MO 63179-0040 |
| 14790028 | + | EDI: CITICORP | Sep 17 2026 05:01:00 | Citibank/The Home Depot, Attn.: Centralized Bankruptcy Dept., P.O. Box 790040, St Louis, MO 63179-0040 |
| 14790029 | + | EDI: WFNNB.COM | Sep 17 2026 05:01:00 | Comenity Bank/Zales, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14790030 | + | EDI: WFNNB.COM | Sep 17 2026 05:01:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14790031 | | Email/PDF: DellBKNotifications@resurgent.com | Sep 17 2026 01:03:34 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 14797867 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 01:03:40 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14790014 | ^ | MEBN | Sep 17 2026 00:56:41 | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14797964 | | EDI: DISCOVER | Sep 17 2026 05:01:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14790032 | + | EDI: DISCOVER | Sep 17 2026 05:01:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14790017 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 17 2026 00:58:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14790033 | | EDI: IRS.COM | Sep 17 2026 05:01:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14798077 | | Email/Text: bankruptcy@dfckc.com | Sep 17 2026 00:58:00 | Armed Forces Bank, N.A., 1201 Walnut St Ste 1100, Kansas City, MO 64106 |
| 14808655 | | EDI: JEFFERSONCAP.COM | Sep 17 2026 05:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14805025 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 01:03:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797868 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 17 2026 01:03:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14790036 | | Email/Text: ml-ebn@missionlane.com | Sep 17 2026 00:58:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14790037 | | Email/Text: EBN@Mohela.com | Sep 17 2026 00:58:00 | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14838205 | | Email/Text: EBN@Mohela.com | Sep 17 2026 00:58:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-633 |
| 14790034 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 17 2026 00:58:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14806098 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 17 2026 00:58:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14790035 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 17 2026 01:13:58 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14790038 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 17 2026 00:58:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14807227 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 17 2026 00:58:00 | Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741 |
| 14882786 | ^ | MEBN | Sep 17 2026 00:56:27 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14790039 | + | EDI: AGFINANCE.COM | Sep 17 2026 05:01:00 | OneMain Financial, Attn: Bankruptcy, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14807084 | | EDI: Q3G.COM | Sep 17 2026 05:01:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14845352 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 01:03:33 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14808340 | + | EDI: AIS.COM | Sep 17 2026 05:01:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14790040 | + | EDI: SYNC | Sep 17 2026 05:01:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14790041 | + | EDI: SYNC | Sep 17 2026 05:01:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14790042 | + | EDI: SYNC | Sep 17 2026 05:01:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14790043 | ^ | MEBN | Sep 17 2026 00:56:35 | TD Retail Card Services, P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 14792017 | + | EDI: CBSTDR | Sep 17 2026 05:01:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Resurgent Receivables, LLC |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14790015 | *+ | Bryan R. Hess, 405 Wheatland Avenue, Shillington, PA 19607-1325 |

| | | |
|---|---|---|
| 14790016 | *+ | Lisa M. Hess, 405 Wheatland Avenue, Shillington, PA 19607-1325 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Bryan R. Hess spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Lisa M. Hess spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Bryan R. Hess<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7148 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lisa M. Hess<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7298 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 23–11735–pmm | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bryan R. Hess
aka Bryan R. Hess Sr.

Lisa M. Hess

9/15/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- ♦ some debts which the debtors did not properly list;
- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**